GARY J. LORCH (SBN: 119989)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
AKAL SECURITY, INC.

FILED
2008 JAN 16 AM 11:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOERA, for himself and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>AKAL SECURITY, INC., a corporation; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.<br>'08 CV 0094 DMS AJB<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>[Local Rule 7.1-1]<br><br><br>(Imperial County Superior Court Case No. ECU03022) |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for defendants AKAL SECURITY, INC., certify that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

 1. DAVID LOERA – named plaintiff herein;
 2. PAUL SONICO – named plaintiff herein;
 3. LUIS MARTINEZ – named plaintiff herein;
 4. LEO CUEN – named plaintiff herein;

5. SEAN ACUNA – named plaintiff herein;
6. ALBERT RUBIO – named plaintiff herein;
7. JAMES BARKER – named plaintiff herein;
8. ANDREW STANFIELD – named plaintiff herein;
9. GUILLERMO FERNANDEZ – named plaintiff herein;
10. AKAL SECURITY, INC., a New Mexico corporation – named defendant herein.

Dated: January 14, 2008

GORDON & REES LLP

By: _____
Gary J. Lorch
Attorneys for Defendant
AKAL SECURITY, INC.

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

AKAL/1039887/5296187v.1

2
NOTICE OF INTERESTED PARTIES