STEPHEN J. SCHULTZ, SBN 90187
E-Mail: sschultz@mgfllp.com
MARK T. BENNETT, SBN 89061
E-Mail: mbennett@mgfllp.com
JASON R. THORNTON, SBN 185637
E-Mail: jthornton@mgfllp.com

**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
3900 HARNEY STREET – FIRST FLOOR
SAN DIEGO, CALIFORNIA 92110-2825

Attorneys for Plaintiff DAVID LOERA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOERA, for himself and on behalf of all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>AKAL SECURITY, INC., a corporation; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO: 08 CV 0094 DMS AJB<br><br>PLAINTIFF'S DEMAND FOR JURY TRIAL |

Plaintiff David Loera, consistent with the jury trial demand made in state court, demands trial by jury of all issues triable as of rights by a jury. By making this demand, plaintiff does not concede that this case or any part of it has been properly removed.

DATED: January 17, 2008

Respectfully submitted,
MARKS, GOLIA & FINCH, LLP

By: /S/Mark T. Bennett, Esq.
Attorneys for Plaintiff DAVID LOERA
E-mail: mbennett@mgfllp.com

974.002(a)/mb244.bdp

1

PLAINTIFF'S DEMAND FOR JURY TRIAL

CASE NO: 08 CV 0094 DMS AJB

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 17th day of January 2008 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Gary J. Lorch, Esq.
glorch@gordonrees.com

DATED:  January 17, 2008         MARKS, GOLIA & FINCH, LLP

By:  /S/Mark T. Bennett, Esq.
E-mail:  mbennett@mgfllp.com
Attorneys for Plaintiff, DAVID LOERA

CASE NO:  08 CV 0094 DMS AJB