STEPHEN J. SCHULTZ, SBN 90187
E-Mail: sschultz@mgfllp.com
MARK T. BENNETT, SBN 89061
E-Mail: mbennett@mgfllp.com
JASON R. THORNTON, SBN 185637
E-Mail: jthornton@mgfllp.com

**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
3900 HARNEY STREET – FIRST FLOOR
SAN DIEGO, CALIFORNIA 92110-2825

Attorneys for Plaintiff DAVID LOERA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOERA, for himself and on behalf of all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>AKAL SECURITY, INC., a corporation; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO: 08 CV 0094 DMS AJB<br><br>NOTICE OF ASSOCIATION OF STEPHEN J. SCHULTZ, MARK T. BENNETT, AND JASON R. THORNTON, MARKS, GOLIA & FINCH, LLP, AS ADDITIONAL COUNSEL FOR PLAINTIFF DAVID LOERA |

PLEASE TAKE NOTICE that Mark T. Bennett, State Bar No. 89061, e-mail: mbennett@mgfllp.com: Stephen J. Schultz, State Bar No. 90187, e-mail: sschultz@mgfllp.com; and Jason R. Thornton, State Bar No. 185637, e-mail: jthornton@mgfllp.com, all of Marks, Golia & Finch, LLP are associated as additional counsel for plaintiff David Loera. Marks, Golia & Finch, LLP's

///

///

///

///

1 | address is 3900 Harney Street, First Floor, San Diego, California; telephone
2 | number: 619.293.7000; and fax number: 619.293.7362.

3 | DATED:  January 18, 2008

Respectfully submitted,
MARKS, GOLIA & FINCH, LLP

974.002(a)/mb245.bdp

By:__/S/Mark T. Bennett, Esq.
Attorneys for Plaintiff DAVID LOERA
E-mail:  mbennett@mgfllp.com

CASE NO:  08 CV 0094 DMS AJB

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 17th day of January 2008 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF</u>:

Gary J. Lorch, Esq.
glorch@gordonrees.com

DATED: January 17, 2008         MARKS, GOLIA & FINCH, LLP

By: /S/Mark T. Bennett, Esq.
E-mail: mbennett@mgfllp.com
Attorneys for Plaintiff, DAVID LOERA

CASE NO: 08 CV 0094 DMS AJB