NICHOLAS & BUTLER, LLP
   Matthew B. Butler  (SBN 201781)
   Email: mbutler@nblaw.org
225 Broadway, 19th Floor
San Diego, California 92101
Telephone:   (619) 325-0492
Facsimile:    (619) 325-0496

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOERA, for himself and on behalf of others similarly situated and the general public, <br><br>                   Plaintiffs, <br>v. <br><br>AKAL SECURITY, INC., a corporation; And DOES 1-100, inclusive, <br><br>                   Defendants | CASE NO.:  08cv0094 DMS AJB <br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

    Plaintiff David Loera associates Matthew B. Butler of Nicholas & Butler, LLP as co-counsel with Marks Golia & Finch, LLP in this action.  Nicholas & Butler, LLP should be included in the service of all papers in this action.  The contact information is as follows:

*/ / /*

*/ / /*

*/ / /*

*/ / /*

1  Matthew B. Butler
   Nicholas & Butler, LLP
2  225 Broadway, 19th Floor
   San Diego, California 92101
3  (619) 325-0492/Fax: (619) 325-0496
   Email: mbutler@nblaw.org
4

5
                                                    **NICHOLAS & BUTLER, LLP**
6

7
   Dated: January 24, 2008            By:    s/Matthew B. Butler
8                                            Matthew B. Butler
                                             Attorneys for Plaintiffs
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28