1   NICHOLAS & BUTLER, LLP
        Matthew B. Butler (SBN 201781)
2        Email: mbutler@nblaw.org
3   225 Broadway, 19th Floor
    San Diego, California 92101
4   Telephone:   (619) 325-0492
    Facsimile:   (619) 325-0496
5
    Attorneys for Defendant
6   David Loera

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  DAVID LOERA, for himself and on behalf     )  CASE NO.:  08cv0094 DMS AJB
    of others similarly situated and the general  )
12  public,                                      )  **PROOF OF SERVICE**
                        Plaintiffs,              )
13  v.                                           )
                                                 )
14                                               )
    AKAL SECURITY, INC., a corporation;          )
15  And DOES 1-100, inclusive,                   )
                                                 )
16                  Defendants                   )
                                                 )
17  _____  )

18

19       I, **Rosa Shelton,** declare that I am over the age of 18 years and am not a party to the case; I

20  am employed in the County of San Diego, California, where the service occurs; and my business

21  address is Nicholas & Butler, LLP, 225 Broadway, 19th Floor, San Diego, California 92101.

22       On **January 24, 2008** I caused to be served:  **NOTICE OF ASSOCIATION OF**

23  **COUNSEL** on the interested parties in said action by:

24  [  ]    **BY FACSIMILE TRANSMISSION**: In addition to service by mail as set forth below,

25  the counsel or interested party authorized to accept service was also forwarded a copy of said

26  document(s) by facsimile transmission at the telefax number corresponding with his/her/its name.

27  The facsimile machine I used complied with CRC Rule 2003(3) and no error was reported by the

28  machine.  Pursuant to CRC Rule 2005(i), I caused the machine to print a transmission record of

N&B
ATTORNEYS AT LAW
SAN DIEGO

1   the transmission, a copy of which is attached to this declaration.

2   [ ]   **BY PERSONAL DELIVERY**: I caused each envelope to be hand-delivered to each

3   addressee leaving said envelope with either the addressee directly or another person at that

4   address authorized to accept service on the addressee's behalf.

5   [ ]   **BY MAIL:**   as follows:

6       [ ]       **BY OVERNIGHT COURIER:** I placed the above-referenced document(s) in an

7           envelope for collection and delivery on this date in accordance with standard

8           FEDERAL EXPRESS overnight delivery procedures.

9       [ X ]   By placing a copy thereof in a sealed envelope addressed as follows:

10  [ X ]   By electronic transmission via the CM/ECF filing system for the Southern District of

11  California

12  Joshua B. Wagner
13  Mollie Burks-Thomas                          Jason R. Thornton
    **Gordon & Reese LLP**                       Bernard F. King
14  633 West 5th St, Suite 4900       **Marks Golia & Finch, LLP**
    Los Angeles, CA 90071                        3900 Harney Street, First Floor
15  T:(213)576-5000/ F: (213)680-4470            San Diego, California 91110-2825
                                                 T: (619) 293-7000/F: (619) 293-7362
16      Attorneys for Akal Security                 Attorneys for David Loera

17

18      I am readily familiar with the business' practice for collection and processing of

19  correspondence for mailing with the United States Postal Service; and that the correspondence

20  shall be deposited with the United States Postal Service via First Class Mail on that same day in

21  the ordinary course of business.

22      I declare under penalty of perjury under the laws of the State of California that the

23  foregoing is true and correct.

24      Executed on **January 24, 2008**, at San Diego, California.

25                                               Rosa Shelton

26

27

28