NICHOLAS & BUTLER, LLP
Matthew B. Butler (SBN 201781)
Email: mbutler@nblaw.org
225 Broadway, 19th Floor
San Diego, California 92101
Telephone:  (619) 325-0492
Facsimile:   (619) 325-0496

Attorneys for Defendant
David Loera

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOERA, for himself and on behalf of others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>AKAL SECURITY, INC., a corporation; And DOES 1-100, inclusive,<br><br>Defendants | CASE NO.:  08cv0094 DMS AJB<br><br>**PROOF OF SERVICE** |

   I, **Rosa Shelton,** declare that I am over the age of 18 years and am not a party to the case; I am employed in the County of San Diego, California, where the service occurs; and my business address is Nicholas & Butler, LLP, 225 Broadway, 19th Floor, San Diego, California 92101.

   On **February 13, 2008** I caused to be served: **PLAINTIFFS' SETTLEMENT BRIEF** on the interested parties in said action by:

[ ]   **BY FACSIMILE TRANSMISSION**: In addition to service by mail as set forth below, the counsel or interested party authorized to accept service was also forwarded a copy of said document(s) by facsimile transmission at the telefax number corresponding with his/her/its name. The facsimile machine I used complied with CRC Rule 2003(3) and no error was reported by the machine.  Pursuant to CRC Rule 2005(i), I caused the machine to print a transmission record of

the transmission, a copy of which is attached to this declaration.

[ ]  **BY PERSONAL DELIVERY**: I caused each envelope to be hand-delivered to each addressee leaving said envelope with either the addressee directly or another person at that address authorized to accept service on the addressee's behalf.

[ ]  **BY MAIL**:   as follows:

  [ ]  **BY OVERNIGHT COURIER:** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard FEDERAL EXPRESS overnight delivery procedures.

  [ X ]  By placing a copy thereof in a sealed envelope addressed as follows:

[ X ]  By electronic transmission via the CM/ECF filing system for the Southern District of California

| | |
|---|---|
| Joshua B. Wagner<br>Mollie Burks-Thomas<br>**Gordon & Reese LLP**<br>633 West 5th St, Suite 4900<br>Los Angeles, CA 90071<br>T:(213)576-5000/ F: (213)680-4470<br>Attorneys for Akal Security | Jason R. Thornton<br>Bernard F. King<br>**Marks Golia & Finch, LLP**<br>3900 Harney Street, First Floor<br>San Diego, California 91110-2825<br>T: (619) 293-7000/F: (619) 293-7362<br>Attorneys for David Loera |

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service via First Class Mail on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **February 13, 2008**, at San Diego, California.

Rosa Shelton