cal_____

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOERA, for himself and on behalf of all others similarly situated and the general public,<br><br>      Plaintiff,<br>v.<br><br>AKAL SECURITY, INC., a corporation; and DOES 1-100, inclusive,<br><br>      Defendants. | Civil No.08cv0094 DMS (AJB)<br><br>ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE |

  Due to the Motion to Remand scheduled before Judge Sabraw, the Court hereby continues the Early Neutral Evaluation Conference before Judge Battaglia from February 27, 2008 to ***April 14, 2008 at 2:00 p.m.***

  IT IS SO ORDERED.

DATED: February 26, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court