STEPHEN E. RONK (SBN: 164333)
JOSHUA B. WAGNER (SBN: 199570)
MOLLIE BURKS-THOMAS (SBN: 222112)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
AKAL SECURITY, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DAVID LOERA, for himself and on
behalf of all others similarly situated and
the general public,

                    Plaintiffs,

          v.

AKAL SECURITY, INC., a corporation;
and DOES 1-100, inclusive,

                    Defendants.

CASE NO. 08CV0094 DMS AJB

**DECLARATION OF MOLLIE BURKS-THOMAS IN SUPPORT OF DEFENDANT AKAL SECURITY, INC.'S OPPOSITION TO MOTION FOR REMAND AND REQUEST FOR ATTORNEYS' FEES AND COSTS (28 U.S.C. § 1447(c))**

[Memorandum of Points and Authorities in Opposition to Motion and Declaration of Janet Gunn filed concurrently herewith]

Date: March 28, 2008
Time: 1:30 p.m.
Courtroom: 10

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
DECLARATION OF MOLLIE BURKS-THOMAS

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

1

## <u>DECLARATION OF MOLLIE BURKS-THOMAS</u>

2       I, MOLLIE BURKS-THOMAS, declare as follows:

3       1.      I am an attorney with Gordon & Rees LLP, counsel of record for

4   Defendant AKAL Security, Inc. ("AKAL" or "Defendant") in this action.  The

5   facts set forth herein are true of my own personal knowledge and, if called and

6   sworn as a witness, I could and would competently do so under oath.

7       2.      On December 18, 2007, the Honorable Christopher W. Yeager, Judge

8   Presiding in Department 1 of the Imperial County Superior Court, State of

9   California granted Plaintiff leave to file a Second Amended Complaint.  Attached

10  hereto as Exhibit A is a true and correct copy of Plaintiffs' Second Amended

11  Complaint.

12      3.      In support of the Motion for Leave to File a Second Amended

13  Complaint, counsel for Plaintiff declared that it was not until October of 2007 that

14  he and his co-counsel first discovered that potential causes of action for failure to

15  pay overtime premium pay and waiting-time penalties existed.  Attached hereto as

16  Exhibit B is a true and correct copy of the Declaration of Bernard F. King III filed

17  in Support of Motion for Leave to File a Second Amended Complaint.

18      4.      Plaintiff filed his Motion for Leave to File a Second Amended

19  Complaint while AKAL's Motion for Summary Judgment was pending.  One of

20  AKAL's arguments in support of its Motion for Summary Judgment, which was

21  filed November 2, 2007, was that Plaintiff David Loera – the only class

22  representative at the time – failed to exercise his right to appeal the California

23  Labor Commissioner's decision denying his claims relating to missed meal periods

24  and rest breaks, and therefore the Labor Commissioner's decision was an

25  enforceable judgment barring Plaintiff's action pursuant to *res judicata* principles.

26      5.      On January 16, 2008, I caused AKAL's Notice of Removal of State

27  Court Action to Federal Court to be filed in the Superior Court of Imperial County.

28  Attached hereto as Exhibit C is a true and correct conformed copy of AKAL's

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA  90071

1    Notice of Removal of State Court Action to Federal Court.

2        Executed this 14th day of March, 2008.  I declare under penalty of perjury

3    pursuant to the laws of the United States of America and the State of California

4    that the foregoing is true and correct.

5

6                                          /s/  Mollie Burks-Thomas
                                          Mollie Burks-Thomas, Declarant
7                                          E-mail: mb-thomas@gordonrees.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071