# TABLE OF CONTENTS

# DECLARATION OF JANET GUNN

I.    EXHIBIT D  ....................................................  3

II.   EXHIBIT E  ................................................  27

EXHIBIT "D"

Collective Bargaining Agreement

Between

# AKAL SECURITY, INCORPORATED

and the

# SECURITY, POLICE, AND FIRE PROFESSIONALS OF AMERICA
## Amalgamated Local #165

Exhibit D - 3

AKAL/Loera 0306

## PREAMBLE

THIS AGREEMENT is made and entered by and between AKAL SECURITY, INCORPORATED, a New Mexico corporation, hereinafter referred to as the "Employer" or "Company," and Security, Police, and Fire Professionals of America (SPFPA), on behalf of its Local # 165, hereinafter referred to as the "Union".

Exhibit D - 4

2

AKAL/Loera 0307

# ARTICLE 1

## GENERAL PROVISIONS

### SECTION 1.1 BARGAINING UNIT

This agreement is entered between Akal Security, Inc., and SPFPA, Local # 165 (hereinafter referred to as the Union). The Company recognizes the Union as the sole and exclusive bargaining representative for the purpose of collective bargaining as defined in the National Labor Relations Act.

The unit is defined as all full-time and part time position Custody Officer and Lead Custody *Sergeants* Officers employed by the Company at the INS Service Processing Center, El Centro, California, excluding all other employees including office clerical employees and professional employees as defined in the National Labor Relations Act.

This agreement shall be binding upon both parties, their successors and assigns. In the event of a sale or transfer of the business of the employer, or any part thereof, the purchaser or transferee shall be bound by this agreement.

### SECTION 1.2 NEGOTIATING COMMITTEE

The Company agrees to recognize a Negotiating Committee composed of up to four members and one alternate selected by the Union to represent the Employees in collective bargaining negotiations.

### SECTION 1.3 STEWARD SYSTEM

A.   The Company agrees to recognize a steward system.

B.   The Union agrees that the stewards will work at their regular jobs at all times except when they are relieved to attend to the business of the Grievance Procedure as outlined in this Agreement. Aggrieved employees will be paid their regular rate of pay in the conduct of Company Union business during scheduled working hours.

C.   If the Employee requests, the Company will call for a steward prior to any disciplinary action taken, whether it be written or verbal. The supervisor will release the steward as soon as possible. The Union Steward will be paid for time spent in the regard, upon receiving Supervisor approval of relief from duty.

### SECTION 1.4 MANAGERS AND SALARIED PERSONNEL

Managerial and salaried Employees shall not perform the duties of the Employees in the bargaining unit, except in an emergency.

AKAL/Loera 0308

## SECTION 1.5 CLASSIFICATIONS

A. Full-time Employees are those Employees who are scheduled to work fourty (40) hours per week and regularly work thirty-two (32) hours or more a week.

B. Part-time Employees are those Employees who are scheduled to regularly work less than thirty-two (32) per week.

C. Employees covered by this agreement shall not be required to deliver office supplies, furniture, equipment, or distribution that does not pertain to normally assigned duties.

D. Employees covered by this Agreement shall not be required to perform janitorial service other than to clean up or pick up after themselves.

## SECTION 1.6 UNION SECURITY

A. An Employee who is a member of the Union at the time this Agreement becomes effective shall continue membership in the Union for the duration of this Agreement, to the extent of tendering the membership dues uniformly required as a condition of retaining membership in the Union.

B. An Employee who is not a member of this Union at the time that this Agreement becomes effective shall, within ten (10) days after the 30th day following the effective date of this Agreement or date of hire either:

1. Become a member of the Union and remain a member.

2. Pay the Union a service fee. The amount of this service fee shall be equal to that paid by regular Union members to include regular and usual initiation fees. The service fee will not include any assessments, special or otherwise. Such payments shall commence on the 30th day after the date of hire.

   a) Employees who are members of, and adhere to the established and traditional tenets of a bona-fide religion, body, or sect, which has historically held conscientious objections to joining or financially supporting labor organizations, shall, instead of the above, be allowed to make payments in amounts equal to the agency fee required above, to a tax-exempt organization (under Section 501(c)(3) of the IRS Code). The Union shall have the right to charge any Employee exercising this option, the reasonable cost of using the arbitration procedure of this Agreement on the Employee's individual behalf. Further, any Employee who exercises this option shall twice a year submit to the Union proof that the charitable contributions have been made.

C. The obligations set forth in this Article shall only be effective to the extent permitted by controlling law, including, but not limited to, any Executive Orders permitting or restricting Union security rights. If there is a legal challenge to any provision of this

Exhibit D - 6

AKAL/Loera 0309

Article, the Employer may suspend its obligations under this Article for the duration of the dispute after conferring on the matter with the Union.

D. The Union, including its International, agrees to save and hold the Employer harmless from any and all claims on account of any matter relating to the terms of this Article, including, but not limited to, any claims by any Employee(s) and compliance with the law.

## SECTION 1.7 DUES CHECKOFF

A. The Company agrees to deduct dues as designated by the Union on a monthly basis from the paycheck of each member of the Union. These deductions will be made only upon written authorization from the Employee on a form provided by the Union. It is understood that such deductions will be made only so long as the Company may legally do so. The Company will be advised in writing, by the Union, as to the dollar amount of the Union membership dues.

B. The Company will remit all such deductions to the Financial Secretary/Treasurer within five (5) business days from the date that the deduction was made, via direct deposit, if possible. All costs related to direct deposit will be borne by the Union. The Union agrees to furnish the Company with the current routing number for direct deposit. The Company shall furnish the Financial Secretary/Treasurer with a deduction list, setting forth the name, address, date of hire and amount of dues, within seven (7) business days of each remittance. The Union agrees to hold the Company harmless from any action or actions growing out of these deductions initiated by an Employee against the Company, and assumes full responsibility of the dispositions of the funds so deducted, once they are paid over to the Union. Errors made by the Company in the deduction or remittance of monies shall not be considered by the Union as a violation of this provision, providing such errors are unintentional and corrected when brought to the Company's attention.

## SECTION 1.8 INTENT OF PARTIES

The Union and the Company agree to work sincerely and wholeheartedly to the end that the provisions of this Agreement will be applied and interpreted fairly, conscientiously, and in the best interest of efficient security operations. The Union and the Company agree to use their best efforts to cause the Bargaining Unit Employees, individually and collectively, to perform and render loyal and efficient work and services on behalf of the Company. Neither the Company, nor the Union, nor their representatives, nor their members will intimidate, coerce, or discriminate in any manner against any person in its employ by reason of his/her membership and activity or non-membership or non-activity in the Union.

It is expressly understood and agreed the services to be performed by the Employees covered by this Agreement pertain to and essential to the operation of the INS Detention Center Service Processing Center. Both the Company and the Union recognize their paramount goal is to maintain safety of the operations of the INS Detention Center.

AKAL/Loera 0310

## SECTION 1.9 ANTI-DISCRIMINATION

Neither the Company nor the Union will discriminate against any Employee because of race, color, religion, sex, age, national origin, Vietnam Era Veterans status, disability or other protected reason. The Employer will treat Employees with dignity and respect at all times. Employees will also treat each other as well as the employer with dignity and respect. The Company and the Union recognize that the objective of providing equal employment opportunities for all people is consistent with Company and Union philosophy, and the parties agree to work sincerely and wholeheartedly toward the accomplishment of this objective.

## ARTICLE 2

## SENIORITY

## SECTION 2.1 SENIORITY DEFINED

A. Union seniority shall be the length of continuous service from the Employee's last date of hire as CO for the Employer, past or present and/or any predecessor Employer. Seniority shall not accrue until the Employee has successfully completed the probationary period. Seniority shall be applicable in determining the order of layoff and recall, shift bidding, vacation schedules, extra work, transfers, and other matters as provided for in this Agreement.

B. For the purposes of shift bidding, vacation schedules, transfers, days off and extra work, union seniority shall be defined as seniority within the work site.

C. Any Employee permanently transferred out of the designated Local Bargaining Unit for any reason shall lose their Union seniority as it applies to the order of layoff and recall, shift bidding, vacation schedules, extra work, and other matters as provided for in this Agreement.

D. Part-time Employees will have seniority only among other part-time Employees. Any part-time Employee who becomes full-time Employee will be placed on the seniority list for full-time Employees in accordance with the date they become a full-time Employee or once they have completed the equivalent of the ninety (90) day probationary period.

E. Employees who make Company approved transfers will maintain Company security based on original hire date after the approved tranfer.

## SECTION 2.2 SENIORITY LISTS

The Company will provide a list to the Local twice a year on demand of the Union. The data will include name, location, classification, rate of pay, and last Entry on Duty date. The Union

AKAL/Loera 0311

will verify seniority and provide a copy of the confirmed seniority list to the Company within 14 days of receipt

## SECTION 2.3 PERSONAL DATA

Employees shall notify the Employer in writing, on the company provided form, of their proper mailing address and telephone number or of any change of name, address, or telephone number. The Company shall be entitled to rely upon the last known address in the Employer's official records.

## SECTION 2.4 TRANSFER OUT OF UNIT

Any Bargaining Unit Employee who is permanently promoted to a non-bargaining unit position for more than four (4) weeks shall have their Union seniority frozen. If they return to the bargaining unit at a later date their seniority will start again on that return date. Anyone performing in a non-bargaining unit position intermittently (for more than on consecutive shift) will have their seniority adjusted by the amount of time spent out of the unit.

## SECTION 2.5 PROBATIONARY EMPLOYEES

Probationary Employees will be considered probationary for a ninety (90) calendar day period after their hire date. The Union will still represent Probationary Employees for problems concerning wages, hours and working conditions, but the Company reserves the right to decide questions relating to transfers, suspensions, discipline, layoffs, or discharge of Probationary Employees without recourse to the grievance procedure contained in this Agreement.

Probationary Employees do not have seniority until the completion of the probationary period, at which time seniority dates back to the date of hire. The Probationary period can be extended by mutual agreement between the Company and the Union.

## SECTION 2.6 TERMINATION OF SENIORITY

The seniority of an Employee shall be terminated for any of the following reasons:
  A. the Employee quits or retires;
  B. the Employee is discharged;
  C. a settlement with the Employee has been made for total disability, or for any other reason if the settlement waives further employment rights with the Employer;
  D. the Employee is laid off for a continuous period of one year or 365 calendar days;
  E. the U.S. Government revokes the Employee's clearances;
  F. the Employee is permanently transferred out of the bargaining unit.

# ARTICLE 3

## JOB OPPORTUNITIES

### SECTION 3.1 FILLING VACANCIES

If a vacancy occurs in a regular position covered by this Agreement, and the Employer chooses to fill that vacancy, the job will be posted for a period of five (5) working days (excluding Saturdays, Sundays and holidays). The Project Manager or designee will notify the Union President in writing of such openings. The Union President will then verify that all part time position CO's have been notified. When a vacancy occurs, the Employer will fill the position with the most senior Employee who has applied for the position in writing, who has been trained (if required) to fill any necessary special qualifications for the new position.

### SECTION 3.2 LAYOFF AND RECALL

In the event of layoff or recall, when positions are being reduced, probationary Employees will be laid off first. Should it be necessary to further reduce the work force, Employees will be retained on the basis of seniority. Recall of Employees will be accomplished by recalling the last laid off Employee first, and so on.

### SECTION 3.3 APPOINTMENT OF SUPERVISORY STAFF

The U.S. Government in its contract with the Company creates specific guidelines for the job duties and qualifications of Supervisors. Based on these guidelines, all appointments will be made on the basis of suitability as evaluated by the Company. Suitability shall include an Employee's skills, experience, past performance, capabilities, and the needs of the operation. If, in the Employer's determination, Employees are equally qualified, seniority will prevail.

# ARTICLE 4

## MANAGEMENT'S RETAINED RIGHTS

### SECTION 4.1

Management of the business and direction of the security force are exclusively the right of management. These rights include the right to:

1. Hire;
2. Assign work and schedule;
3. Promote, Demote;
4. Discharge, discipline, or suspend based on Article 6;
5. Determine the size of the workforce, including the number, if any, of employees assigned to any particular shift.

6. Make and enforce work rules not inconsistent with the provisions of this agreement;
7. Require Employees to observe reasonable Employer rules and regulations;
8. Determine when overtime shall be worked;
9. Determine the qualifications of an Employee to perform work.

## SECTION 4.2

Any of the rights, power or authority the Company had prior to the signing of this Agreement are retained by the Company, except those specifically abridged or modified by this Agreement and any supplemental Agreements that may hereafter be made. The Company's failure to exercise any function reserved to it shall not be deemed a waiver of any such rights.

## ARTICLE 5

## GRIEVANCE PROCEDURE

### SECTION 5.1  INTENT

For purposes of this Agreement, a grievance shall mean a claimed violation, misinterpretation, or misapplication of any provision of this Agreement, or the challenge of any disciplinary action taken against a Union Employee, except that this grievance procedure shall not be used for any suspension or revocation of required DO clearances by the U.S. Government.  In addition, the grievance procedures outlined herein shall not apply to any non-disciplinary situation where the company is acting under express directives of the U.S. Government.

### SECTION 5.2  GENERAL PROVISIONS

A. The number of days outlined in Section 5.3 in the processing and presentation of grievances shall establish the maximum time allowed for the presentation and processing of a grievance. The term "days" shall not include Saturdays, Sundays or holidays when used in this Article.

B. Should either the Company, the Union, or the aggrieved employee fail to comply with the time limits as set forth in this Article, the party who failed to comply with the time limits shall forfeit the grievance.

C. Time limits set forth herein may be extended only by mutual agreement of the Union and Company.

### SECTION 5.3  GRIEVANCE PROCEDURE

All grievances shall be presented and processed in accordance with the following procedures:

A. **Informal Step** - The parties shall make their best efforts to resolve any dispute on an informal basis. Both the Company and the Union agree that the Employee will first discuss the complaint with their immediate supervisor (not in the bargaining unit), within five (5) working days of the incident being grieved, to start the informal

9

AKAL/Loera 0314

procedure. If the informal procedure is not invoked within five working days of Employee's knowledge of a grievable issue, then it is agreed by both parties that no further action can be taken. If the complaint is not satisfactorily adjusted within three (3) working days of the inception of the informal discussion, it may be submitted in writing to the Project Manager or designee in accordance with Step One.

B.  **Step One** - If the matter is not resolved informally, the Employee shall, not later than ten (10) days after the informal discussion with the immediate supervisor, set forth the facts in writing, specifying the Article and paragraph allegedly violated. This shall be signed by the aggrieved Employee and the union representative, and shall be submitted to the Project Manager or designee with a copy to the Company's HR Director. The Project Manager or designee shall have ten (10) days from the date the grievance was received by the Project Manager or designee to return a decision in writing with a copy to the aggrieved Employee and the union representative.

C.  **Step Two** - If the grievance is not settled in Step One, the grievance may be appealed in writing to the Company's Director of Human Resources or designee not later than ten (10) days from the denial by the Project Manager or designee. The Director of Human Resources or designee will have twenty (20) days from the date the grievance was received to return a decision, in writing, with a copy to the aggrieved Employee and the union representative.

D.  **Grievance for Discipline** - Any grievance involving discharge or other discipline may be commenced at Step One of this procedure. The written grievance shall be presented to the Project Manager through the Site Supervisor or designee within ten (10) days after the occurrence of the facts giving rise to the Grievance.

## SECTION 5.4 ARBITRATION PROCEDURE

Grievances processed in accordance with the requirements of Section 5.3 that remain unsettled may be processed to arbitration by the Union, giving the Company's Director of Human Resources written notice of its desire to proceed to arbitration not later than fifteen (15) days after rejection of the grievance in Step Two. Grievances which have been processed in accordance with the requirements of Section 5.3 which remain unsettled shall be processed in accordance with the following procedures and limitations:

A.  **Selection of an Arbitrator** - Within fifteen (15) days of receipt of the Union's written notice to proceed with arbitration, the Company and the Union will meet telephonically to jointly attempt to agree upon the selection of a neutral arbitrator. If, within fifteen (15) days, the parties fail to agree upon the selection of an arbitrator, the Union will request the Federal Mediation and Conciliation Service (FMCS) to supply a list of seven (7) arbitrators. An arbitrator will be selected from the list supplied by the FMCS by parties alternately striking from the list until one (1) name remains, and this individual shall be the arbitrator to hear the grievance.

AKAL/Loera 0315

**B. Decision of the Arbitrator** - The arbitrator shall commence the hearing at the earliest possible date. The decision of the arbitrator shall be final and binding upon the parties to the Agreement. Any decision shall be complied with, without undue delay after the decision is rendered. It is understood and agreed between the parties that the arbitrator shall have no power to add to, subtract from, or modify any of the terms of this Agreement.

**C. Arbitration Expense** - The arbitrator's fees and expenses, including the cost of any hearing room, shall be shared equally between the Company and the Union. Each party to the arbitration will be responsible for its own expenses and compensation incurred bringing any of its witnesses or other participants to the arbitration. Any other expenses, including transcript costs, shall be borne by the party incurring such expenses.

## SECTION 5.5 CLASS ACTION

The Union shall have the right to file a group grievance (class action) or grievances involving more than one (1) Employee at the Informal Step of the grievance procedure.

## SECTION 5.6 INDIVIDUAL GRIEVANCES

No individual may move a grievance to arbitration.

## ARTICLE 6

## DISCIPLINE

## SECTION 6.1 GROUNDS FOR DISCIPLINE AND DISMISSAL

After completion of the probationary period, as specified in Section 2.5, no Employee shall be disciplined, dismissed or suspended without just cause. Just cause shall include any suspension or revocation of clearance by ICE. The "final decision" on the employee's removal shall be determined by the Government, and the Employer shall be held harmless by the Union and the employee for any further claims made after this final determination. This provision is not intended to limit or prohibit the rights of any party to seek relief from other parties.

The Company's contract with the U.S. Government sets out performance standards and contract requirements for the CO's and all employees are required to comply with these standards. Failure to do so may lead to disciplinary action. Employees agree to comply with any non-disciplinary directive issued by the US Government.

The Company may discipline Employees when necessary and discharge those who fail to uphold U.S. Government or Company standards as described above. It is recognized by parties to this Agreement that progressive discipline generally shall be applied in dealing with Employees. However, it is also recognized that offenses may occur for which progressive discipline is not

11

AKAL/Loera 0316

applicable (e.g. fraud, gross misconduct, theft, etc.). Disciplinary measures vary depending on the seriousness of the matter and the past record of the Employee. Failure to comply with any investigation procedures will result in discipline up to and including termination.

## ARTICLE 7

## HOURS OF WORK AND OVERTIME

### SECTION 7.1  WORKDAY AND WORKWEEK

For the purposes of this Article, a regular workweek of forty (40) hours of work shall constitute a normal full-time workweek for full-time Employees. Shifts shall be scheduled at the discretion of the Employer to fulfill the needs of the U.S. Government. Nothing contained herein shall guarantee to any Employee any number of hours of work per day or week.

### SECTION 7.2  OVERTIME

An overtime rate of time and one-half (1 1/2) of an Employee's base rate of pay (exclusive of health and welfare and other fringe additions to pay) shall be paid for all hours actually worked in excess of forty (40) hours in a work week.

### SECTION 7.3  OVERTIME REQUIREMENT

If directed to work overtime (i.e. over forty [40] hours in a workweek) or extra hours, and the seniority system is not invoked due to shortness of notice to the Company, the Employee shall be required to do the work, unless the Employee is excused by the Company for good cause.

### SECTION 7.4  OVERTIME DISTRIBUTION

Bargaining Unit employees will be expected to work overtime assignments.  A list of volunteers shall be compiled by seniority for each shift.   When the senior volunteer works overtime his name will go to the bottom of the list.

When a employee is next on the list, and cannot work because of personal reasons, he/she will be passed over and the next Bargaining unit employee on the list will work overtime and the employee who turned down the over time will be next in turn for overtime.

Mandatory overtime will be inverse to voluntary, in that the employee with the least seniority will be required to meet the overtime requirement.   This includes involuntary call-in which results in overtime.

Exhibit D - 14

12

AKAL/Loera 0317

# ARTICLE 8

# WORK SHIFTS AND PAYMENT POLICIES

## SECTION 8.1 SHIFT BIDDING, HOURS OF WORK, & SENIORITY

Upon ratification of this agreement, the Company and the Union agree to meet within 60 days to design a mutually acceptable method for shift bidding and days off.

## SECTION 8.2 WAGE SCHEDULE

The base rate of pay for Custody Officers covered by this agreement in all locations are described in below:

**Current**

| | |
|---|---|
| Custody Officer | 18.05 per hour |
| Health and Welfare allowance | 3.05 per regular hr worked |
| Pension | 1.22 per regular hr worked |
| Uniform Allowance | 0.42 per regular hr worked |

**as of January 1, 2004**

| | |
|---|---|
| Custody Officer | 22.34 per hour |
| Health and Welfare allowance | 3.05 per regular hr worked |
| Pension | 1.22 per regular hr worked |
| Uniform Allowance | 0.42 per regular hr worked |

**as of January 1, 2005**

| | |
|---|---|
| Custody Officer | 23.00 per hour worked |
| Health and Welfare allowance | ** per regular hr worked |
| Pension | 1.22 per regular hr worked |
| Uniform Allowance | 0.42 per regular hr worked |

**as of January 1, 2006**

| | |
|---|---|
| Custody Officer | 23.70 per hour |
| Health and Welfare allowance | ** per regular hr worked |
| Pension | 1.22 per regular hr worked |
| Uniform Allowance | 0.42 per regular hr worked |

** The parties agree that either party may reopen negotiations for amendments to Health & Welfare Allowance at any time after September 1 and before October 1, for all years governed by this contract, by giving written notice to the other party. Any final agreement resulting from said negotiation shall be incorporated into the terms of this agreement. If the parties fail to reach

13

CBA (Akal & SPFPA Local 165   2003 – 2006)          Exhibit D - 15

AKAL/Loera 0318

agreement, the dispute shall be submitted to arbitration in accordance with Article 5 of this agreement. All provisions of this Agreement, including, but not limited to, Article 16, shall remain in force during the terms of the negotiations and any resulting arbitration, and for the remainder of the terms of this agreement.

## SECTION 8.3 PAYDAY

Payday for all hourly Employees will be no later than 11 a.m. on Friday following the two (2) week pay period ending on Saturday, subject to change by mutual agreement. Should direct deposit become available, the company will make this option available to all employees.

## SECTION 8.4 UNDISPUTED ERROR

In case of an undisputed error on the part of the company as to an Employee's rate of pay, proper adjustment will be made in the next paycheck after the error has been brought in written form to the Company's attention. Any error, involving eight (8) hours of pay or more, will be corrected and paid within three (3) working days.

## SECTION 8.5 SHIFT DIFFERENTIAL

Employees working between the hours of 1500 and 2300 or any part there of will be paid a shift differential of 4%. Those employees working between the hours of 2300 and 0700 or any part there of will be paid a shift differential of 6%.

## ARTICLE 9

## HOLIDAYS

## SECTION 9.1 HOLIDAYS DEFINED

Whenever the term "holiday" is used, it shall mean:

| | |
|---|---|
| New Years Day | Independence Day |
| Veterans Day | Columbus Day |
| Christmas Day | Labor Day |
| Thanksgiving Day | Martin Luther King Birthday |
| Memorial Day | Presidents Day |
| Birthday | Good Friday |

## SECTION 9.2 MISCELLANEOUS HOLIDAY PROVISIONS

A. A full-time position Employee who is not required to work on a holiday shall be paid eight (8) hours straight time, exclusive of any shift premium for that holiday.

B. Any full-time position Employee who works as scheduled on a holiday shall receive the Employee's appropriate rate of pay times 1 and half for all hours worked, and in addition, shall receive eight (8) hrs holiday pay at the regular rate as described in (A) above.

CBA (Akal & SPFPA Local 165   2003 – 2006)

AKAL/Loera 0319

C. Any part time position Employee who works as scheduled on a holiday shall receive the Employee's appropriate rate of pay times for all hours worked, and in addition shall receive prorated holiday pay based on the number of actual hours the Employee worked in the two (2) week pay period prior to the holiday.

D. In the event that the Holiday falls on a weekend, the term "holiday" will refer to the day that the U.S. Government designates as the Holiday.

E. Any employee who is requested and agrees to work on any of the above named holidays but fails to report to work for such holiday shall not receive holiday pay, and shall be subject to discipline. Employees must work the scheduled day before and the scheduled day after to receive holiday pay.

## ARTICLE 10

## VACATIONS

## SECTION 10.1 ELIGIBLE FULL-TIME EMPLOYEES

Eligibility for vacation benefits shall be based on Department of Labor (DOL) rules under Service Contract Act. Eligible full-time Employees shall be entitled to annual vacation based on their continuous years of service with the Employer (based on the Employee's anniversary date of employment) at their individual hourly rate of pay at the time payment is made in accordance with the following schedule:

Upon completion of one (1) year of service:  eighty (80) hours
Upon completion of five (5) years of service: one-hundred and twenty (120) hours
Upon completion of ten (10) years of service: one-hundred and sixty (160) hours
Upon completion of fifteen (15) years of service: two-hundred (200) hours

## SECTION 10.2 ELIGIBLE PART TIME POSITION EMPLOYEES

Part-time Employees are eligible for vacation benefits on a prorated basis, based on 2080 hours and defined by the maximums allowed in the contract. All paid hours during the preceding year will used to figure the employee's work hours.

## SECTION 10.3 SCHEDULING VACATIONS

Vacations, insofar as is reasonably possible, shall be granted at the times most desired by the Employee, after the Employee's anniversary date. Employees who cash out vacation time are not entitled to participate in the vacation selection process, nor take vacation during the year unless approved under the guidelines for LWOP as outlined in Article 11.

AKAL/Loera 0320

Employee will pick vacation by full time seniority with thirty (30) days to pick between November 1 and November 30 of each year. The Employee shall be ready to pick when asked. If not ready, the employee will be passed over and pick what is available when ready. Once the employee has picked his/her vacation by seniority the company will post a list of vacation schedules no later than January 01 of each year. Once posted, management cannot make any changes except as needed to maintain continuity of operations of the SPC. Employees will submit a written request based on available opening. This process is limited to vacation selections of 1 week increments.

All other vacation requests must be made in writing not less than 2 week prior to the proposed vacation dates. The Company will respond to these other requests with in 5 working days.

## SECTION 10.4 UNUSED VACATION

Vacations shall not be cumulative from one year to the next. Any earned but unused vacation time remaining at the end of a year of service (based on Employee's anniversary date of employment) shall be paid to the Employee.

## SECTION 10.5 PAY IN LIEU OF VACATION LEAVE

At any time during the year, Employees may request in writing to be paid for earned vacation, pay in lieu of taking actual vacation leave. Earned vacation pay will be paid in the next pay cycle.

## SECTION 10.6 TERMINATING EMPLOYEES

Upon termination of employment, Employees will be paid at their individual hourly rate vacation time earned as of their last anniversary date, but not used, as entitled by the Service Contract Act. (Example: An Employee who terminates one month into the next anniversary year is entitled to any of the previous year's earned accrued vacation not already used, and not to the additional month accrued in the new anniversary period).

## SECTION 10.7 VACATION - LAID OFF EMPLOYEES

Length of service with the Employer shall accrue for the purposes of vacation benefits while an Employee is on laid-off status for up to one (1) year. Employees will only be paid vacation benefits upon returning to work.

## SECTION 10.8 VACATION INCREMENTS

Consistent with Employer approval, efficiency, and economy of operations, Employees with two (2) or more weeks of vacation may take their vacation in segments of less than one (1) week each. Vacation must be taken in one (1) day (8 hour) increments

# ARTICLE 11

## LEAVES OF ABSENCE

### SECTION 11.1 LIMITATIONS

Personal leaves of absence for non-medical emergencies may be granted at the sole discretion of the Employer without loss of seniority to the Employee. Such leaves, if granted, are not to exceed 30 days, unless a special extension is approved by the Employer. An employee on any unpaid leave of absence will be required to use available vacation or personal leave time in full before beginning the unpaid leave. Length of service with the Employer shall not accrue for purposes of vacation, holiday, or other accrued benefits for any unpaid leave of absence over thirty (30) days. The Employer will make every reasonable effort to maintain an Employee's position while on a non-statutory unpaid leave of absence. Unpaid leaves of absence may be taken only with written approval of the Employer or in a case of verified personal emergency. Failure to report for scheduled shifts without Employer permission may face disciplinary action.

Any full-time employee who uses more than two (2) days of leave without pay (LWOP) per Government contract year for absences not covered by Family and Medical Leave Act of 1993 (FMLA), Worker's Compensation, or whose absence is not a company approved accommodation and/or leave, may face disciplinary action.

### SECTION 11.2 MEDICAL LEAVE

    A. The Family and Medical Leave Act of 1993 (FMLA) is incorporated herein.

    B. The Company agrees to honor the FMLA for all eligible Employees.

    C. During medical leave, the Employee shall be required to furnish a report from the doctor when requested periodically by the Employer. Upon the expiration of said leave, the Employee shall furnish the Employer with a statement, signed by the doctor, which establishes the fitness of the Employee to return to the Employee's previously held work. Any Employee who is not able to return to work with a medical clearance from a licensed physician at the end of a maximum medical leave shall be terminated from Employment.

    D. If the Employee files for medical leave on false pretext or works for another employer without pre-authorization from the company, the Employee will be removed from the CO program and from employment with Employer.

### SECTION 11.3 MILITARY LEAVE

An Employee of the Company who is activated or drafted into any branch of the armed forces of the United States under the provisions of the Selective Service Act or the Reserve Forces Act shall be granted an unpaid military leave of absence, as required under the federal law, for the

AKAL/Loera 0322

time spent in full-time active duty. The period of such leave shall be determined in accordance with applicable federal laws in effect at the time of such leave.

## SECTION 11.4 UNION LEAVE

The Company agrees to grant 5 days at one time of Union Leave (LWOP) to Union Officers (Maximum 5 employees with no more than 3 per shift), as long as staffing permits, upon 14 days written request for the purpose of attending Union Conventions, or other meetings of vital interest to the Union, for the duration required to perform the duties of the position, which he or she was elected or appointed and with 7 days notice for a local meetings of 1 day or less or 14 days notice for more than 1 day of leave.

## SECTION 11.5 PERSONAL/SICK LEAVE

Each Employee shall be entitled to nine (9) days of sick leave per full contract year, all days made available on their anniversary date. Of the nine (9) sick day entitlement, six (6) days shall be available for cash out at the end of the Employees anniversary year. Any unused portion of these six (6) personal days will be cashed out with in 30 days of the anniversary date. The additional three (3) days of the nine (9) days may be taken after the six (6) days have been used and any unused portion of these three (3) sick days shall not be cashed out at the end of the contract year and cannot be carried over.

    A. Sick days shall be used in no less than eight-hour increments and shall be paid when taken by the Employee.

    B. Upon termination of employment, Employee will be paid at their individual hourly rate for any unused, earned personal leave, based upon the number of actual hours Employee worked during that year based on hire date anniversary. If the Employee has used more personal days upon termination than he/she earned based upon time worked on the contract, the amount of the overage will be deducted from the Employee's final paycheck.

    C. Sick leave (and vacation) days may be used to cover absences caused by illness. Any Employee who is unable to report to work because of sickness must notify the Employer at least four (4) hours prior to the beginning of his/her regular shift in order to be eligible for paid sick leave benefits. Proof of illness may be required after two (2) days. Disciplinary action may result from excessive, unapproved absenteeism.

## SECTION 11.6 PROCESSING UNPAID LEAVES OF ABSENCE

The Employer will consider requests for unpaid leaves of absence and may grant them at its sole discretion. An unpaid leave of absence must be processed in the following manner:

    A. All requests for unpaid leaves of absence shall be submitted in writing to Project Manager or designee at least ten (10) calendar days prior to the date the leave will take effect, except in cases of verified personal emergencies, and include:

AKAL/Loera 0323

1. The reasons for such leave;
2. The effective dates of such leave;
3. The estimated date of return to work.

B. The Company will respond to the request within seven (7) working days.

C. The written request for leave of absence shall be submitted to the Project Manager for final approval. If the request for the leave of absence is approved by the Project Manager, a copy of the approved leave of absence will be given to the Employee involved.

D. Extensions of the leave of absence may be granted at the sole discretion of the Employer, upon written request by the Employee within ten (10) calendar days prior to the expiration of the leave of absence. Extensions, when granted, shall not total more than thirty (30) days.

## SECTION 11.7 GENERAL PROVISIONS

Seniority shall accumulate during the period of any approved leave of absence subject to the provisions of this Agreement.

## SECTION 11.8 JURY DUTY

Full time employees on the payroll with one or more years of continuous service will be reimbursed up to five (5) days in any calendar year for any loss of income during their otherwise scheduled workweek for time spent on Jury Duty.

Said reimbursement shall be offset by any jury fees received by the employee. Employees must inform their supervisor immediately upon receiving a notice to report for jury duty. The Employee reserves the right to request an exemption when the Employer determines that the employee's absence would create hardship.

## SECTION 11.9 BEREAVEMENT LEAVE

If necessary for an employee to lose time from work because of a death in the immediate family the employee shall be entitled to 5 days paid leave. If the funeral takes place more than 250 miles from the site the employee shall be entitled to 7 days leave.

Immediate family is defined to mean an employee's father, mother, spouse, sister, brother, child (including legally adopted children and/or step children), father in law, mother in law, sister in law, brother in law, grandparents and grand children.

The employer reserves the right to verify all bereavement leave requests and may require proof of the death for which the employee requests leave.

## SECTION 11.10 ABSENTEEISM FROM DUTY

AKAL/Loera 0324

When an employee fails to report for duty or to call the appropriate supervisor four (2) *two* hours prior to the start of the scheduled shift, it is considered a "no call/no show". In the event an emergency prevents an employee from reporting to work and notifying the office prior to the scheduled shift, an employee must contact the appropriate supervisor as soon as possible and explain the failure to report for duty. Explanations are subject to verification. Unverified and unexcused absences from duty will result in disciplinary action.

Akal Security, Inc., considers that an employee has resigned their position voluntarily (voluntary separation) if the employee is absent from duty due to "no call/no show" more that 3 shifts or 2 consecutive days in a 12 month period.

## ARTICLE 12

## HEALTH, WELFARE AND UNIFORM ALLOWANCES

### SECTION 12.1 PAYMENTS

For the life of this Agreement, the Employer will make health and welfare payments to Full Time Employees on all hours up to forty (40) hours per week, and up to a total of 2080 hours per contract year, as described in Appendix A. All Health and Welfare funds will be forwarded to the Union. With these funds, the Union shall provide a full health insurance plan with no deductible or co-payment and a standard Dental plan for each full time regular employee and their legal dependents at no additional charge. The Company will retains the right to approve any health insurance and/or dental plan. The Company upon demand may audit any such plan, not more than 4 times a year.

All full time employee's and their dependants will join this plan after ninety (90) days of employment.

Any part time employee who on average worked more than 32 hours in the 90 day period based on the employees anniversary date shall be entitled to insurance coverage. Subject to review every quarter based anniversary.

Employees who take leave with out pay will be required to make monthly payments to continue their coverages.

### SECTION 12.2 OTHER BENEFITS

The Employer will offer Employees the opportunity to participate in other available Employee paid fringe benefit programs made available to all Officers employed by the Company. These programs may include cafeteria plans, payroll deduction plans, retirement plans, insurance plans, 401(k) plans, and any other plan mentioned in this Agreement.

### SECTION 12.3 UNIFORM MAINTENANCE

AKAL/Loera 0325

Neither Union officials nor Union members shall, during working time (excluding break and lunch periods), solicit membership, receive applications, hold meetings of any kind for the transaction of Union business, or conduct any Union activity other than the handling of grievances as described in this Agreement. No Employee may leave their post without permission from the Employer under any circumstances, unless there is appropriate Government permission granted. No Employee may be at the worksite at any time unless engaged in company approved activities

## SECTION 13.5 MANAGEMENT/LABOR RELATIONS

In the interest of good communications the Company and the Union agree there shall be a Labor and Management Meeting consisting of three (3) representatives of the Union and upto three representatives from the Company. Both parties will mutually agree upon any additional participants. The purpose of this meeting will be improve labor/management relations by providing an informal forum for the free exhange of views and discussion of mutual concerns of both parties. It is clearly not the intention that this exchange by-pass the normal grievance procedure. Any agreements reached at these meetings to change practices or policies shall be put in writing and will only be effective when signed by both parties.

It is suggested that these meetings will be held monthly. All scheduled meeting times and places will be mutually agreed to by both parties.

## SECTION 13.6 ACCESS TO PERSONNEL FILES

As possible, and in accordance with applicable laws, the Union shall have access to personnel records of an employee in conjunction with the investigation of a grievance or for use in arbitration. The union will present written authorization from the employee before access will be granted. The Union shall maintain the confidentially it of all information contained therein.

## SECTION 13.7 GUARD CARDS AND PERMITS

All employees shall submit to the Company within fifteen (15) calendar days of the execution of this agreement a copy of the California guard card. All employees shall be required, at their own expense,, to maintain a valid California Guard card. In the event that employee's California Department Consumer Affairs Guard Card Permit lapse or becomes otherwise invalidated, the Employer may temporally suspend but not discharge the employee. Once having proof that the payment renewal was sent within ninety (90) days guideline set forth by the Department of Consumer Affairs, the employee may continue employment as long as the employee has shown proper documentation that their guard card is valid.

## SECTION 13.7 TRAINING

The Company agrees to pay employees for required and mandated government training to the extent required by the contract between the INS and the Company.

## ARTICLE 14

### 401(k) PLAN

The Company shall provide a 401(k) plan to which Officers are eligible to contribute, whether Union or Non-Union. Employees shall be subject to the eligibility requirements and rules of the Plan. All Pension moneys shall be paid directly into the 401K plan.

## ARTICLE 15

### SAFETY

#### SECTION 15.1  SAFETY POLICY

It is the policy of the Company to make its best efforts to provide Employees with places and conditions of employment that are free from or protected against occupational safety and health hazards. Under this Agreement, all worksites and facilities are the property of the U.S. Government, who is responsible for the condition and safety of the worksite.

While there is a safety committee in place at the site, the Union will continue to select the representative for the committee.

#### SECTION 15.2 OSHA STANDARDS

The Company will report any safety violations observed or reported to the Company in any U.S. Government-provided workstation or break room.

## ARTICLE 16

### CONTINUITY OF OPERATIONS

#### SECTION 16.1 NO STRIKES

A. Both the Company and the Union agree that continuity of operations is of utmost importance to the Company's security operations. Therefore, so long as this Agreement is in effect, the Union and the Company agree that there will be no strikes, lockouts, work stoppages, illegal picket lines, slowdowns, or secondary boycotts during the term of this Agreement.

B. Upon hearing of an unauthorized strike, slowdown, stoppage of work, planned inefficiency, or any curtailment of work or restriction or interference with the operation of the Employer, the Union shall take affirmative action to avert or bring such or bring such activity to prompt termination.

#### SECTION 16.2 LOCKOUTS

AKAL/Loera 0327

During the life of this Agreement, the Employer shall not lockout any Employees covered in this Agreement.

## ARTICLE 17

### SEPARABILITY OF CONTRACT

In the event that any provision of this Agreement shall at any time be declared invalid by any court of competent jurisdiction or through U.S. Government regulations or decree, such parties hereto agree to renegotiate such provision or provisions of this Agreement for the purpose of making them conform to the decree or U.S. Government statutes, so long as they shall remain legally effective. It is the express intention of the parties hereto that all other provisions not declared invalid shall remain in full force and effect.

## ARTICLE 18

### ENTIRE AGREEMENT

The parties acknowledge that during negotiations that resulted in this agreement, each had the unlimited right and opportunity to make demands and proposals with respect to all proper subjects of collective bargaining; that all such subjects were discussed and negotiated upon; and that the agreements contained herein were arrived at after free exercise of such rights and opportunities.  Therefore, the Company and the Union shall not be obligated to bargain collectively on any matter pertaining to conditions of employment, including but not limited to, rates of pay, wages, hours of work, disciplinary actions, training requirements, etc., during the term of this Agreement, except as specifically provided for in other provisions of this Agreement.

## ARTICLE 19

### DURATION

This Agreement shall be effective from 12;00 noon,  October 31, 2003 through  December 30, 2006  and supersedes any and all prior agreements or understandings between the parties.

AKAL/Loera 0328

IN WITNESS WHEREOF, the parties have caused their representatives to sign this Agreement as full acknowledgment of their intention to be bound by the Agreement.

FOR: *SPFPA*

BY: *[signature]*

TITLE: *V.P. Region 2*

DATE: *10-30-03*

FOR: *SPFPA Local #165*

BY: *[signature]*

TITLE: *President of Local #165*

DATE: *10-30-03*

FOR: Akal Security, Inc.

BY: *[signature]*

TITLE: *(Director) H.R.*

DATE: *10-30-03.*

EXHIBIT "E"

## LETTER OF UNDERSTANDING
## BETWEEN
## AKAL SECURITY, INC.
## AND THE
## SECURITY, POLICE & FIRE PROFESSIONALS OF AMERICA
## AMALGAMATED LOCAL #165

IT IS HEREBY AGREED between the Company and the Union that:

1) The current Collective Bargaining Agreement, which is set to expire by its terms on December 30, 2006, shall remain in full force and effect through December 31, 2011; and that

2) The economic provisions set forth on the attached Appendix shall modify the existing CBA and shall be effective on the dates described therein; and that

3) All economic terms of the CBA shall be considered to have been exhaustively negotiated through December 31, 2011, consistent with Article 18 of the CBA, with the exception of Health & Welfare rates and Pension rates, which have been exhaustively negotiated through December 31, 2007; and that

4) All other non-economic terms of the CBA shall remain subject to further negotiation between the Company and the Union with the goal of reaching a multi-year agreement; and that

5) Negotiations of non-economic terms shall commence as soon as practicable, but no later than 90 days after the signing of this LOU; and that

6) Negotiations of non-economic terms shall continue at mutually agreeable times and places until an agreement is reached.

IN WITNESS WHEREOF, the Company and the Union have caused their representatives to sign this LOU as full acknowledgement of their intention to continue to be bound by the CBA.

FOR SPFPA INTERNATIONAL:

BY: _____

TITLE: V.P Region 7

DATE: 11-29-06

FOR AKAL SECURITY, INC.:

BY: _____

TITLE: Labor Relations Manager

DATE: 11/29/06

FOR SPFPA LOCAL #165:

BY: _____

TITLE: President

DATE: 11.29.06

Exhibit E - 27