STEPHEN E. RONK (SBN: 164333)
JOSHUA B. WAGNER (SBN: 199570)
MOLLIE BURKS-THOMAS (SBN: 222112)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
AKAL SECURITY, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DAVID LOERA, for himself and on
behalf of all others similarly situated and
the general public,

                Plaintiffs,

                v.

AKAL SECURITY, INC., a corporation;
and DOES 1-100, inclusive,

                Defendants.

CASE NO. 08CV0094 DMS AJB

**CERTIFICATE OF SERVICE**

I, Shirley Berrymon, declare that I am over the age of 18 years and am not a party to the case; I am employed in the County of Los Angeles, California, where the service occurs; and my business address is Gordon & Rees LLP, 633 West Fifth Street, Suite 4900, Los Angeles, California 90071.

On March 14, 2008, I caused to be served:

1.    Defendant Akal Security, Inc.'s Opposition to Plaintiffs' Motion to Remand and Request For Attorneys' Fees and Costs (28 U.S.C. § 1447(c);

2.    Declaration of Mollie Burks-Thomas in Support of Defendant Akal Security, Inc.'s Opposition to Motion for Remand and Request for Attorneys' Fees and Costs (28 U.S.C. § 1447(c)); (Exhibits A through C attached.)

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

1

**CERTIFICATE OF SERVICE**

**3.**    Declaration of Janet Gunn in Support of Defendant Akal Security, Inc.'s Opposition to Motion for Remand and Request for Attorneys' Fees and Costs (28 U.S.C. § 1447(C)); (Exhibits D and E attached.)

☒ by electronic transmission via the CM/ECF filing system for the Southern District of California.

Matthew B. Butler, Esq.
E-mail: mbutler@nblaw.org
NICHOLAS & BUTLER, LLP
225 Broadway, 19th Floor
San Diego, CA 92101-5005
Tel: (619) 325-0492
Fax: (619) 325-0496
*Attorneys for Plaintiff*

Bernard F. King III
E-mail: bking@mgfllp.com
Jason R. Thornton
E-mail: jthornton@mgfllp.com
Mark T. Bennett
E-mail: mbennett@mgfllp.com
Stephen John Schultz
E-mail: sschultz@mgfllp.com
MARKS, GOLIA & FINCH LLP
3900 Harney Street, First Floor
San Diego, CA 92110-2825
Tel: (619) 293-7000/Fax:(619) 293-7362
*Attorneys for Plaintiff*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 20, 2008

GORDON & REES LLP

By: _____
Shirley Berrymon

*Gordon & Rees LLP*
*633 West Fifth Street*
*Suite 4900*
*Los Angeles, CA 90071*

2

**CERTIFICATE OF SERVICE**