# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DAVID LOERA, PAUL SONICO, LUIS MARTINEZ, LEO CUEN, SEAN ACUNA, ALBERT RUBIO, JAMES BARKER, ANDREW STANFIELD, GUILLERMO FERNANDEZ for themselves and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br>vs.<br>AKAL SECURITY, INC., a corporation, et al.,<br><br>Defendants. | CASE NO. 08cv0094 DMS (AJB)<br><br>**ORDER RE: ORAL ARGUMENT** |
|---|---|

Plaintiffs' motion to remand is currently scheduled for hearing on March 28, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED**.

DATED: March 21, 2008

_____
HON. DANA M. SABRAW
United States District Judge