cal_____

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID LOERA, for himself and on behalf of all others similarly situated and the general public, | ) ) ) | Civil No.08cv0094 DMS (AJB) |
| | ) ) | ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AKAL SECURITY, INC., a corporation; and DOES 1-100, inclusive, | ) ) ) | |
| Defendants. | ) ) | |

Due to the Motion to Remand scheduled before Judge Sabraw, the Court hereby continues the Early Neutral Evaluation Conference before Judge Battaglia from April 14, 2008 to ***May 13, 2008 at 2:00 p.m.***

IT IS SO ORDERED.

DATED:  April 10, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court